CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
for Roanoke
APR 20 2010
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JEREMIAH ANTHONY DOVE,<br>    Plaintiff, | ) <br> ) <br> ) <br> ) | Civil Action No. 7:09-cv-00101 |
| v. | ) <br> ) | **ORDER** |
| SUPT. GERALD A. McPEAK,<br>    Defendant. | ) <br> ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that defendant's motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendant.

ENTER: This 20th day of April, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge